IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIE GAME STUDIOS, LLC<br>a Delaware Limited Liability Company,<br>d/b/a Stronghold Games LLC<br><br>    Plaintiff,<br><br>v.<br><br>PLAN B GAMES, INC.<br>a Canadian corporation, and<br><br>PLAN B GAMES EUROPE GMBH,<br>a German company,<br><br>    Defendant(s). | Case No. 1:19-cv-1492-SEB-MJD |

### ORDER EXTENDING TIME TO EFFECT SERVICE OF PROCESS TO AUGUST 26, 2019

Plaintiff, INDIE GAME STUDIOS, LLC, d/b/a Stronghold Games LLC ("Plaintiff"), having moved for an extension of time to serve process under Fed. R. Civ. P. 4(m) and 6(b), and Defendants having received a copy by e-mail through their counsel, and this Court having considered the matter, and being duly advised in the premises, **NOW FINDS** that it is for good cause and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff shall have to and including August 26, 2019 to effect service of process on the Defendants.

Date: _____      _____
                                   Judge, Southern District of Indiana

Distribution to counsel via the Court's ECF system and courtesy copy of this Order will be e-mailed to Defendants' counsel at burte@ladas.net by Plaintiff's counsel.