UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIE GAME STUDIOS, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:19-cv-01492-SEB-MJD |
| PLAN B GAMES, INC., PLAN B GAMES EUROPE GMBH, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Effect Service of Process. [Dkt. 14.] The Court, being duly advised, hereby **GRANTS** the motion.[1] The time for Plaintiff to effect service of process upon Defendants is hereby enlarged to and including **August 26, 2019**.

SO ORDERED.

Dated:  16 JUL 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

---

[1] In light of this Order, Plaintiff's Motion for Extension of Time to Effect Service of Process [Dkt. 13] is hereby **DENIED AS MOOT.**

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.