IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIE GAME STUDIOS, LLC<br>a Delaware Limited Liability Company,<br>d/b/a Stronghold Games LLC<br><br>        Plaintiff,<br><br>v.<br><br>PLAN B GAMES, INC.<br>a Canadian corporation, and<br><br>PLAN B GAMES EUROPE GMBH,<br>a German company,<br><br>        Defendant(s). | Case No. 1:19-cv-1492-SEB-MJD |

## NOTICE OF WITHDRAWAL OF DE 16 AND DE 17

Plaintiff, INDIE GAME STUDIOS, LLC, d/b/a Stronghold Games LLC ("Plaintiff"), by and through its undersigned attorneys, hereby provides the Court notice of its withdrawal of DE 16 (Motion for Alternative Service of Process) and DE 17 (Brief in Support), because Plaintiff served process on both of the named Defendants via personal service on Sophie Gravel (the principal of each of the named Defendants) in Indianapolis, Indiana on August 2, 2019, rendering DE 16 and DE 17 moot.

/s/ Patrick J. Olmstead, Jr.
Patrick J. Olmstead, Jr., Attorney No. 25369-49
PATRICK OLMSTEAD LAW LLC
P.O. Box 1067
Greenwood, IN 46142
Telephone/Fax: (317) 884-8524
E-mail: polmstead@patrickolmsteadlaw.com

John M. Bradshaw
Bradshaw Law LLC
23 East 39th Street
Indianapolis, IN 46205
317.490.4852
john@jbradshawlaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on August 5, 2019.

/s/ Patrick J. Olmstead, Jr.
Patrick J. Olmstead, Jr.